**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Connie Bolanos, | Case No.: 08-cv-4475 |
| Plaintiff, | Judge: Marovich |
| v. | Magistrate Judge: Denlow |
| Mercantile Adjustment Bureau, LLC, | |
| Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, by and through counsel, to hereby dismiss the present action with

prejudice pursuant to Fed. R. 41(a)(1)(A)(ii).


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Hinshaw & Culbertson, LLP |
| By: s/Timothy J. Sostrin | By: s/Nabil G. Foster |
| Timothy J. Sostrin | Nabil G. Foster |
| 233 S. Wacker, Suite 5150 | 222 N. LaSalle Street, Suite 300 |
| Chicago, IL 60606 | Chicago, IL 60601 |
| Telephone: 1.866.339.1156 | Telephone: 312-704-3000 |
| tjs@legalhelpers.com | nfoster@hinshawlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2008, a copy of the foregoing Stipulation

was filed electronically. Notice of this filing will be sent by operation of the Court's

electronic filing system to the following:

Nabil G. Foster
HINSHAW & CULBERTSON, LLP
nfoster@hinshawlaw.com

s/Timothy J. Sostrin